16-2017-CA-001649-XXXX-MA

CV-D

Filing # 53707278 E-Filed 03/14/2017 02:19:54 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

ALFRED THOMAS,
an individual,

      Plaintiff,

vs.

INTEGON PREFERRED
INSURANCE COMPANY,

      Defendant.

_____/

## COMPLAINT

Plaintiff, ALFRED THOMAS, by and through his undersigned counsel, hereby sues INTEGON PREFERRED INSURANCE COMPANY (hereinafter, "INTEGON") and alleges as follows:

1.     This is an action for damages in excess of $15,000.00, exclusive of interest, costs, and attorney's fees.

2.     Plaintiff ALFRED THOMAS (hereinafter, "THOMAS"), was at all times material hereto, a resident of Jacksonville, Duval County, Florida.

3.     Defendant INTEGON is a foreign for profit corporation with offices in Duval County and otherwise, doing business in Duval County, Florida.

4.     On January 18, 2016, THOMAS was standing behind his automobile, at the Autozone located at 7035 Atlantic Boulevard, in Jacksonville, Florida, when the uninsured driver, Denia Martinez, backed into him, pinning him between the two vehicles.

5.     On January 18, 2017, Plaintiff THOMAS had an available underinsured insurance policy with the Defendant, INTEGON, that was in full force and effect with limits of applicable coverage of $50,000.00.

6.     As a direct and proximate result of the negligence of the uninsured driver, the Plaintiff THOMAS suffered bodily injury, an aggravation to his pre-existing conditions,  a permanent injury to the body as a whole, permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, mental anguish, inconvenience, loss of capacity for the enjoyment of life; hospitalization expenses, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

7.     THOMAS, the Plaintiff and insured, has provided adequate notice and has performed all conditions precedent in bringing this action against INTEGON; including the filing of a civil remedies notice under Florida Statutes placing INTEGON on notice of conduct the Plaintiff finds to be in bad faith.

WHEREFORE, Plaintiff THOMAS demands judgment for damages against Defendant, INTEGON, and for such other and further relief as deemed proper by the Court.

### JURY DEMAND

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted this ___ day of MARCH 2017.

HARRIS, GUIDI & ROSNER, P.A.

PETER G. SHUTTERS
FBN: 108308
ROBERT M. HARRIS
FBN: 199567
1837 Hendricks Avenue
Jacksonville, Florida 32207
Telephone: (904) 777-7777
Facsimile: (904) 399-1718
Primary: Shutters@harrisguidi.com
Secondary: Millan@harrisguidi.com
Attorneys for Plaintiff